UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                    Chapter 13

James Taliento                            Case No. 09-51162-cec
Lauren Taliento
                    Debtor(s)
-----------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

79 Woodland Ave SI NY 10308
*[Identify the Property]*

0046339942
*[Loan Number]*

Aurora Loan Services   10350 Park Meadows Dr, Littleton, CO 80124
*[Creditor's Name and Address]*

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: James Taliento / Lauren Taliento        Date: 4/14, 20 10

Print Name: Lauren Taliento
*[First and Last Name]*

Telephone Number: 347-652-6049
*[i.e. 999-999-9999]*

E-mail Address [if any]: laurentaliento@aol.com